**UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA**

|  |  |
|---|---|
| UNITED STATES OF AMERICA,    ) | |
| ) | CASE NO.: 1:11-cv-01857 |
| *Plaintiff,*    ) | |
| ) | |
| v.    ) | JUDGE: Sullivan, Emmet G. |
| ) | |
| GRUPO BIMBO, S.A.B. de C.V., *et al.*,    ) | |
| ) | DATE FILED: 03/01/2013 |
| *Defendants.*    ) | |
| ) | |

## JOINT STATUS REPORT REGARDING THE CALIFORNIA ASSETS

In a Minute Order dated February 28, 2013, the Court, acting sua sponte, ordered the parties to file a joint status report regarding divestiture of the California Assets.  Plaintiff United States, Defendants Grupo Bimbo S.A.B. de C.V. and BBU, Inc. (collectively, "BBU"), and the Divestiture Trustee hereby report that on February 23, 2013, the California Assets were sold to Flowers Foods, Inc. and Flowers Baking Co. of Stockton, LLC (collectively, "Flowers") pursuant to the Asset Purchase Agreement executed by the Divestiture Trustee and Flowers on October 24, 2012.

Attached as Exhibit 1 hereto is a press release issued by Flowers Foods, Inc. on February 25, 2013, announcing "the completion of its acquisition of the perpetual, exclusive, and royalty-free licenses" to the Sara Lee and EarthGrains brands for sliced breads, buns and rolls in California.

Respectfully submitted,

**FOR PLAINTIFF
UNITED STATES OF AMERICA**

 /s/     Michelle R. Seltzer
Michelle Rose Seltzer, D.C. Bar # 475482
Antitrust Division
450 Fifth Street, NW
Suite 4100
Washington, DC 20530
(202) 353-3865
michelle.seltzer@usdoj.gov

**FOR DEFENDANTS GRUPO BIMBO S.A.B. de C.V. and BBU, INC.**

  /s/ George L. Paul
Noah A. Brumfield, Esq.
George L. Paul, Esq.
White & Case LLP
701 Thirteenth Street, NW
Washington, DC 20005

**FOR THE DIVESTITURE TRUSTEE**

  /s/ James A. Fishkin
James A. Fishkin, Esq.
Dechert LLP
1900 K Street, NW
Washington, DC 20006

**CERTIFICATE OF SERVICE**

The undersigned certifies that on this 1st day of March, 2013, the foregoing Joint Status Report Regarding the California Assets was filed and served upon all counsel of record by operation of the CM/ECF system for the United States District Court for the District of Columbia. Additionally, a copy of the foregoing was delivered via e-mail to the following:

> Noah A. Brumfield, Esq.
> George L. Paul, Esq.
> White & Case LLP
> 701 Thirteenth Street, NW
> Washington, DC 20005
>
> James A. Fishkin, Esq.
> Dechert LLP
> 1900 K Street, NW
> Washington, DC 20006
>
> Marmichael O'Halloran Skubel, Esq.
> Kirkland & Ellis LLP
> 655 15th Street, NW
> Suite 1200
> Washington, DC 20005

    /s/    Michelle R. Seltzer
Michelle R. Seltzer (DC Bar #475482)
Attorney
Litigation I Section
Antitrust Division
U.S. Department of Justice
450 Fifth Street, N.W., Suite 4100
Washington, DC 20530
Telephone: (202) 353-3865
Facsimile: (202) 307-5802
E-mail: michelle.seltzer@usdoj.gov